630

396 A.2d 850

Commonwealth v. Hulsey, Appellant.

Submitted June 12, 1978. Robert F. Pappano, Assistant Public Defender, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.

396 A.2d 850

Commonwealth v. Keeney, Appellant.

Submitted December 31, 1977. Joseph W. Mullin, Public Defender, for appellant; Stewart L. Kurtz, District Attorney, for Commonwealth, appellee.

Order affirmed and case remanded for trial.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.